UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-140-MOC

| | |
|---|---|
| JENNIFER GRAVEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MARTIN J. O'MALLEY, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. | |

**THIS MATTER** is before the Court on Plaintiff's motion for an award of attorney's fees, pursuant to the Equal Access to Justice Act. (Doc. No. 10). Defendant has consented to the motion.

The motion is **GRANTED**. It is hereby **ORDERED** that Plaintiff is awarded $3200.00 in attorney fees under EAJA. Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees and pay those fees directly to Plaintiff's counsel.

Signed: November 22, 2024

Max O. Cogburn Jr.
United States District Judge

1